IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

CRIMINAL FILE NO.

v.                                                   1:10-CR-330-TWT

JOSE ANTONIO SANTOS
also known as
Luis Antonio Alomar Olivera,

    Defendant.

ORDER

This is a criminal case.  It is before the Court on the Report and
Recommendation [Doc. 33] of the Magistrate Judge recommending denying the
Defendant's Motion to Suppress Statements [Doc. 18].  For the reasons set forth in the
thorough and well reasoned Report and Recommendation, the Defendant was not
entitled to receive *Miranda* warnings before he was questioned as to his citizenship
during a secondary inspection at Hartsfield-Jackson International Airport.  The Court
approves and adopts the Report and Recommendation as the judgment of the Court.
The Defendant's Motion to Suppress Statements [Doc. 18] is DENIED.

SO ORDERED, this 31 day of January, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge